UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC,

    Plaintiff,

v.                                      CASE NO. 8:18-cv-3062-T-23CPT

1.63 ACRES OF LAND IN
HILLSBOROUGH COUNTY,
FLORIDA, et al.,

    Defendants.
_____/

**ORDER**

Seeking to expand a natural-gas pipeline in Hillsborough County, Florida, Florida Gas Transmission Company sues (Doc. 1) to condemn an easement in two tracts of land — HILL-207.00 and HILL-208.00.

The owners of HILL-208.00, Veronica Burgos and Humberto Jimenez, and the owner of a mortgage secured by HILL-208.00, Angel Oak Mortgage Solutions, timely answered (Docs. 35, 38) the complaint. In accord with a March 5, 2019 stipulation (Doc. 64), a March 7, 2019 order (Doc. 65) dismisses with prejudice Burgos, Jimenez, and Angel Oak.

The owner of HILL-207.00, IDC Development Corp., fails to appear. Also, REI Holdings, the Helen M. Malzahn Living Trust, and Hillsborough County — each of which holds a tax certificate against HILL-207.00 — fail to appear. No other

defendant possesses an interest in HILL 207.00. The clerk entered a default (Doc. 49–52) against each non-appearing defendant. Florida Gas moves (Doc. 53) for default judgment establishing Florida Gas's right to condemnation.

A March 11, 2019 report (Doc. 66) recommends granting default judgment. The report correctly finds both that Florida Gas is entitled to condemn the HILL-207.00 easement and that Florida Gas's appraisal of $16,600 affords just compensation. Because no party objects to Magistrate Judge Tuite's well-reasoned report, the report and the recommendation (Doc. 66) are **ADOPTED**, the motion (Doc. 53) for default judgment is **GRANTED**, and the clerk is **DIRECTED** (1) to enter judgment that upon deposit of $16,600 into the court registry, Florida Gas Transmission Company, LLC, owns and is entitled to condemn the HILL-207 easement described in the attachment (Doc. 10-1) to the notice of condemnation, and (2) to close the case. The motion (Doc. 3) for partial summary judgment and the motion (Doc. 4) for preliminary injunction are **DENIED** as moot.

ORDERED in Tampa, Florida, on March 26, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE